# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-cr-28 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| SARA ASHLEE MEREDITH ) | |
| ) | Magistrate Judge Mike Dumitru |

## ORDER

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea as to Count Four of the Indictment; (2) accept Defendant's guilty plea as to Count Four; (3) adjudicate the Defendant guilty of Count Four; (4) defer a decision on whether to accept the amended plea agreement (*see* Doc. 53) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. (Doc. 56). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 56) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea as to Count Four of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Four is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Four;

4. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **April 10, 2026 at 9:00 a.m. EST** before the undersigned.

**SO ORDERED.**

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**